**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOHN LAWRENCE SWARTZ,**  <br>    **Plaintiff,**  <br>  v.  <br>**COMMISSIONER OF SOCIAL SECURITY,**  <br>    **Defendant.** | **Case No. 2:13-cv-319**  <br>**Judge Peter C. Economus**  <br>**Magistrate Judge Terence P. Kemp**  <br>**ORDER** |

This matter is before the Court for consideration of the Report and Recommendation of the Magistrate Judge. (Doc. 17.) The Magistrate Judge recommended that the Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (Doc. 17 at 14–15.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of the Magistrate Judge pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, the Plaintiff's statement of errors is **OVERRULED** and the Clerk is directed to enter judgment in favor of Defendant, the Commissioner of Social Security.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE